**Order entered March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### KRISTINA KASTL, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

Before the Court is appellant's March 24, 2014 motion requesting (1) reconsideration of this Court's order denying production of the tape recording of the May 31, 2013 hearing, (2) that a supplemental reporter's record be filed containing the exhibits admitted into evidence at that hearing, and (3) an extension of time to file his brief. We **DENY** appellant's motion to the extent he asks this Court to reconsider its previous ruling regarding production of the tape recording.

In an order dated December 17, 2013, the Court ordered Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, to file a supplemental reporter's record containing the exhibits admitted into evidence at the May 31, 2013 hearing.

The requested supplemental reporter's record was filed on December 20, 2013.  Accordingly, we **DENY** the motion as moot with respect to supplementing the reporter's record with the exhibits.

We **DENY** appellant's motion to the extent he requests an extension of time to file a brief.  Appellant's brief is due May 1, 2014.

/s/     ADA BROWN
         JUSTICE